Dismissed and Memorandum Opinion filed January 6, 2005









Dismissed and Memorandum Opinion filed January 6, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01105-CV

____________

 

MURPHY BROS,
INC. d/b/a MURPHY CONTRACTORS, INC., Appellant

 

V.

 

HORIZONTAL
TECHNOLOGY, INC., Appellee

 



 

On Appeal from the
280th District Court

Harris County, Texas

Trial Court Cause
No. 04-16934

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 13,
2004.  On December 16, 2004, appellant
filed a motion to dismiss the appeal because its notice of appeal had been
filed prematurely.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 6, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.